The United States District Court
The Northern District Of Iowa

United State Of America
    Plaintiff
vs.
Elmer Mims
    Defendant

Motion To Unseal Motion 1:22-cr-00039-CJW-MAR

Case #

Come now on the 10 day of September, I Elmer Mims, after numerous attempts by myself and family members with no success to get Intouch with my attorney John Bishop. I am left with no other resource but to file this Motion to Unseal the Motion 1:22-cr-00039-CJW-MAR. and Rule on it. By sealing this Motion 1:22-cr-00039-CJW-MAR and not ruling on it you are violating 4th, 5th, 6th, 8th and the 14th Amendments of the Constitution. This Court has the Power to grant me the right to a answer to my Motion.

Elmer Mims
Linn County Correctional Center
PO Box 591
Longview, TX 75606

XRAYED US MARSHALS SERVICE



US POSTAGE Pitney Bowes
ZIP 52404 $000.57
02 1W
0001403505 SEP. 12. 2022

9.12.22
EB

Clerk, United States District Court
111 7th Ave. S.E. Box 12
Cedar Rapids, Iowa 52401-2101

5240182103 C001